## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DANIEL McCARTHY,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendants. | C.A. No. 1:21-cv-270 |

### NOTICE OF SETTLEMENT

NOW COME the parties, Plaintiff Daniel McCarthy and Defendant Lincoln Life Assurance Company of Boston, by and through their respective counsel, and provide notice of the settlement of all claims asserted in this matter. The parties are consummating their agreement, after which a joint stipulation of dismissal with prejudice will be filed.

Dated: May 7, 2021

/s/ James W. Craig
James W. Craig, NH #183

Craig, Deachman & Associates, PLLC
1662 Elm Street
Manchester, NH 03101
Telephone: 603-665-9111
jcraig@cda-law.com

Attorney for Plaintiff
DANIEL McCARTHY

/s/ Byrne J. Decker
Byrne J. Decker, NH #9300

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Two Monument Square, Suite 703
Portland, ME 04101
Telephone:  207-387-2957
b.decker@ogletree.com

Attorneys for Defendant LINCOLN LIFE
ASSURANCE COMPANY OF BOSTON

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James W. Craig, Esq.
1662 Elm Street
Manchester, NH 03101
jcraig@cda-law.com

/s/ Byrne J. Decker
Byrne J. Decker