```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Daniel McCarthy

    v.

                                        Case No. 21-cv-270-LM

Massachusetts Mutual Life Insurance Company, et. al.


## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Endorsed Order by Chief Judge Landya B. McCafferty dated April 19, 2021; and

2. Stipulation of Dismissal With Prejudice dated June 2, 2021.

                                                  By the Court:

                                                  _____
                                                  Daniel J. Lynch
                                                  Clerk of Court

Date: June 14, 2021

cc: Counsel of Record